GREGORY J. NEWMAN (SBN 169057)
gnewman@selmanlaw.com
HEE SUNG YOON (SBN 251612)
hyoon@selmanlaw.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6546
Telephone: 310.445.0800
Facsimile: 310.473.2525

Attorneys for Defendant ALLIED WORLD SURPLUS
LINES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPECIALTY INSULATION, INC., <br><br>Plaintiff,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY, and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION** |

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant ALLIED WORLD SURPLUS LINES INSURANCE COMPANY ("Allied World") hereby removes this action form the Superior Court of California, County of Los Angeles, to the United States District Court, Central District of California, under 28 U.S.C. §§ 1332, 1441 and 1446, on the grounds that the Court has original diversity jurisdiction.

1.  On or about February 22, 2021, Plaintiff CALIFORNIA SPECIALTY INSULATION, INC. ("Plaintiff") filed a complaint against Allied World in the Superior Court of the State of California, County of Los Angeles, Case No.

1

21STCV06969.  The complaint named as defendants Allied World and unnamed DOES 1 through 10.  A copy of the complaint is attached as Exhibit A.

2. Plaintiff served Allied World with summons and complaint on March 3, 2021.  As such, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a) and is one in which it may be removed to this Court by Allied World pursuant to the provisions of 28 U.S.C. § 1441(a).

4. Jurisdiction exists under 28 U.S.C. § 1332(a) as complete diversity exists between Plaintiff and Allied World, and amount in controversy is in excess of $75,000.

5. At the time of the filing of this action, Allied World was, and still is, a corporation incorporated under the laws of the State of Arkansas, having its principal place of business in New York.

6. Upon information and belief, and according to the California Secretary of State's website, Plaintiff is a corporation incorporated under the laws of the State of California, with its principal place of business in the State of California.  To that end, there is complete diversity of citizenship between Plaintiff and all named Defendants.

7. Plaintiff seeks a declaration that Allied World has a duty to defend and indemnify it in an underlying third-party lawsuit entitled *Jason Standiford v. California Specialty Insulation, Inc., et al.*, California Superior Court, County of Los Angeles, Case No. 19STCV36103 ("Underlying Action").

8. In the Underlying Action, Jason Standiford ("Claimant") is seeking to recover damages for injuries he sustained when an employee of Plaintiff drove a scissor lift into a ladder on which Claimant was working, causing him to fall 16 to 20 feet to the ground.

9. Upon information and belief, and according to the Complaint, Claimant suffered a fractured skull, injuries to both shoulders, neck and wrist, lost

consciousness and suffered a concussion as a result of the incident. To that end, upon information and belief, Claimant is seeking damages in excess of $75,000.

10. Plaintiff is seeking a declaration that Allied World has a duty to defend and indemnify it from a claim in excess of $75,000. As such, the amount of controversy is in excess of the jurisdictional limit.

11. Allied World's Notice to Removal is being contemporaneously filed in the Superior Court of California, County of Los Angeles, Case No. 21STCV06969.

WHEREFORE, Defendant Allied World hereby removes this action from the Superior Court of the State of California, County of Los Angeles, to this United States District Court for the Central District of California.

Dated: March 22, 2021    SELMAN BREITMAN LLP


By: /s/*Gregory J. Newman*
 GREGORY J. NEWMAN
 HEE SUNG YOON
Attorneys for Defendant ALLIED WORLD SURPLUS LINES INSURANCE COMPANY